UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIELLE WALKER,

      Plaintiff,

vs.

Case No. 2:14-cv-10730
Hon. Robert H. Cleland

STATE FARM INSURANCE CO,

      Defendant.

---

| | |
|---|---|
| **ANTONIO D. TUDDLES (P64158)** | **CARY R. BERLIN  (P64122)** |
| **LAW OFFICE OF ANTONIO D. TUDDLES** | **AMY L. WILLE (P68360)** |
| Attorney for the Plaintiff | **PATRICK, JOHNSON & MOTT, P.C.** |
| 615 Griswold Street, Suite 1509 | Attorneys for Defendant |
| Detroit, Michigan 48226 | 27777 Franklin Road, Suite 1400 |
| (313) 965-1457 | Southfield, Michigan 48034 |
| | (248) 356-8590 |

---

## ORDER GRANTING DEFENDANT'S MOTION FOR ALTERNATE SERVICE AS TO WITNESS AVIS BRYANT

      This matter having come before the Court pursuant to State Farm Insurance Co's Motion for Alternate Service as to Witness Avis Bryant, and the Court being fully advised; therefore,

      IT IS HEREBY ORDERED that the Defendant may serve Avis Bryant by regular mail and by posting a copy of the notice and subpoena for her deposition to the front door at 3728 Martin Warren, MI 48092 and 12625 Elmdale Detroit, MI 48213.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  July 24, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 24, 2014, by electronic and/or ordinary mail.

    S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522