UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIELLE WALKER,

      Plaintiff,

Case No. 2:14-cv-10730
Hon. Robert H. Cleland

vs.

STATE FARM INSURANCE CO,

      Defendant.

---

| | |
|---|---|
| **ANTONIO D. TUDDLES (P64158)**<br>**LAW OFFICE OF ANTONIO D. TUDDLES**<br>Attorney for the Plaintiff<br>615 Griswold Street, Suite 1509<br>Detroit, Michigan 48226<br>(313) 965-1457 | **CARY R. BERLIN  (P64122)**<br>**AMY L. WILLE (P68360)**<br>**PATRICK, JOHNSON & MOTT, P.C.**<br>Attorneys for Defendant<br>27777 Franklin Road, Suite 1400<br>Southfield, Michigan 48034<br>(248) 356-8590 |

---

## ORDER GRANTING DEFENDANT'S MOTION FOR ALTERNATE SERVICE AS TO WITNESS LAKISHA JOHNSON

    This matter having come before the Court pursuant to State Farm Insurance Co's Motion for Alternate Service as to Witness Lakisha Johnson, and the Court being fully advised; therefore,

    IT IS HEREBY ORDERED that the Defendant may serve Lakisha Johnson by regular mail and by posting a copy of the notice and subpoena for her deposition to the front door at 10540 Beaconsfield, Detroit, Michigan 48224.

                                           S/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated:  July 24, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 24, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522