UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIELLE WALKER,

       Plaintiff,                Case No. 2:14-cv-10730
                                            Hon. Robert H. Cleland

vs.

STATE FARM INSURANCE CO,

       Defendant.

---

| **ANTONIO D. TUDDLES (P64158)** | **CARY R. BERLIN  (P64122)** |
|---|---|
| **LAW OFFICE OF ANTONIO D. TUDDLES** | **AMY L. WILLE (P68360)** |
| Attorney for the Plaintiff | **PATRICK, JOHNSON & MOTT, P.C.** |
| 615 Griswold Street, Suite 1509 | Attorneys for Defendant |
| Detroit, Michigan 48226 | 27777 Franklin Road, Suite 1400 |
| (313) 965-1457 | Southfield, Michigan 48034 |
| | (248) 356-8590 |

---

### ORDER GRANTING DEFENDANT'S MOTION FOR ALTERNATE SERVICE AS TO WITNESS CHERIATT OLIVER

      This matter having come before the Court pursuant to State Farm Insurance Co's Motion for Alternate Service as to Witness Cheriatt Oliver, and the Court being fully advised; therefore,

      IT IS HEREBY ORDERED that the Defendant may serve Cheriatt Oliver by  regular mail and by posting a copy of the notice and subpoena for her deposition to the front door at 25128 Dale, Roseville, Michigan.


                                             S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated:  July 24, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 24, 2014, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522